



# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

May 1, 1939

Honorable O. Kennedy
County Attorney
Bee County
Beeville, Texas

Dear Mr. Kennedy:

Opinion No. O-718
Re: Can the Commissioners' court employ an architect who is the son of the County Judge to supervise improvements to be made on the County Court House?

This is in reply to your letter of April 28, 1939, in which you ask the following question:

"Can the Commissioners' Court employ an architect who is the son of the County Judge to supervise improvements to be made on the County Court House?"

Your attention is directed to the following Articles 432 and 433, respectively, of the Penal Code:

"No officer of this State or any officer of any district, county, city, precinct, school district, or other municipal subdivision of this State, or any officer or member of any State, district, county, city, school district or municipal board, or judge of any court, created by or under authority of any general or special law of this State, or any member of the Legislature, shall appoint, or vote for, or confirm the appointment to any office, position, clerkship, employment or duty, of any person related within the second degree by affinity or within the third degree by consanguinity to the person so appointing or so voting, or to any other member of any such board, the Legislature, or court of which such person so appointing or voting may be a member, when the salary, fees, or compensation

Honorable C. Kennedy, May 1, 1939, Page 2

of such appointee is to be paid for, directly
or indirectly, out of or from public funds or
fees of office of any kind or character whatso-
ever.

" The inhibitions set forth in this law
shall apply to and include the Governor, Lieu-
tenant Governor, Speaker of the House of Repre-
sentatives, Railroad Commissioners, head of
departments of the State government, judges and
members of any and all Boards and courts estab-
lished by or under the authority of any general
or special law of this State, members of the
Legislature, mayors, commissioners, recorders,
aldermen and members of school boards of incor-
porated cities and towns, public school trustees,
officers and members of boards of managers of
the State University and of its several branches,
and of the various State educational institutions
and of the various State eleemosynary institutions,
and of the penitentiaries. This enumeration shall
not be held to exclude from the operation and ef-
fect of this law any person included within its
general provisions."

The relationship of father and son is the first
degree of consanguinity and comes within the prohibition
contained in the anti-nepotism statutes.

It is our opinion, and you are so advised, that
employing the son of the County Judge, which officer pre-
sides over the Commissioners' Court, to supervise the im-
provement to be made to the County Court House of the County
in which such improvement is to be paid with County funds,
would be a violation of the anti-nepotism law.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By

W. P. Watts
Assistant

WPW:RS

APPROVED:

ATTORNEY GENERAL OF TEXAS